## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLEMAN E. ADLER & SONS, L.L.C; ROYAL CLOUD NINE, L.L.C.; AND LATROBE'S ON ROYAL, LLC,** | **CIVIL ACTION NO. 21-648** |
| | **SECTION: J** |
| **Plaintiffs,** | **JUDGE CARL BARBIER** |
| **VERSUS** | **MAGISTRATE JUDGE MICHAEL NORTH** |
| **AXIS SURPLUS LINES INSURANCE COMPANY; MARSH & MCLENNAN AGENCY LLC; RISK PLACEMENT SERVICES, INC.; ABC INSURANCE COMPANY; AND DEF INSURANCE COMPANY,** | |
| **Defendants.** | |

### DEFENDANT RISK PLACEMENT SERVICES, INC.'S MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes Defendant Risk Placement Services, Inc. ("RPS"), and, for the reasons set forth in the accompanying Memorandum in Support, respectfully moves this Honorable Court to dismiss the claims asserted against RPS in Plaintiffs' Petition for Damages (R. Doc. 1-2) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ Christopher K. Ralston*
Christopher K. Ralston (Bar #26706)
Matthew R. Slaughter (Bar #37308)
Clerc H. Cooper (Bar # 38170)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534

Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: chris.ralston@phelps.com
matthew.slaughter@phelps.com
clerc.cooper@phelps.com

**ATTORNEYS FOR RISK PLACEMENT SERVICES, INC.**

### CERTIFICATE OF SERVICE

    This is to certify that a copy of the foregoing was filed on this 25th day of May, 2021 with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

*/s/ Christopher K. Ralston*