UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLEMAN E. ADLER & SONS, LLC, ET AL. | CIVIL ACTION |
| VERSUS | NO: 21-648 |
| AXIS SURPLUS INSURANCE COMPANY, ET AL. | SECTION: "J" (5) |

## **JUDGMENT**

For the reasons stated in the Orders signed on June 17, 2021 and July 1, 2021 (Rec. Docs. 37, 38),

IT IS ORDERED, ADJUDGED, and DECREED that the complaint by Plaintiffs Coleman E. Adler & Sons, LLC, Royal Cloud Nine, LLC, and Latrobe's on Royal, LLC in the above-captioned matter is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 7th day of July, 2021.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE