# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLEMAN E. ADLER & SONS, LLC; ROYAL CLOUD NINE, LLC; AND LATROBE'S ON ROYAL, LLC** | **NO. 2:21-CV-00648-CJB-MBN** |
| | **SEC. J; MAG. NO. 5** |
| **VERSUS** | |
| **AXIS SURPLUS LINES INSURANCE COMPANY; ET AL.** | **JUDGE CARL J. BARBIER** |
| | **MAG. JUDGE MICHAEL B. NORTH** |

## <u>NOTICE OF APPEAL</u>

Plaintiffs, Coleman E. Adler & Sons, L.L.C.; Royal Cloud Nine, L.L.C.; and Latrobe's On Royal, L.L.C., through undersigned counsel and pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, hereby gives notice of their intent to appeal to the United States Court of Appeals for the Fifth Circuit from this Court's July 7, 2021 Judgment [Record Doc. No. 39], dismissing plaintiffs' claims against all defendants in this matter with prejudice.  This appeal includes all Orders signed by the Court in this matter, including, but not limited to, the Orders signed on June 17, 2021 and July 1, 2021 [Record Doc. Nos. 37, 38] referenced in the Court's July 7, 2021 Judgment.

Respectfully submitted,


/s/ *James M. Garner*
JAMES M. GARNER, #19589
MARTHA Y. CURTIS, #20446
ASHLEY G. COKER, #30446
WADE B. HAMMETT, #31186
**SHER GARNER CAHILL**
**RICHTER  KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile:  (504) 299-2300
**ATTORNEYS FOR PLAINTIFFS**
 **COLEMAN E. ADLER & SONS, L.L.C.;**
**ROYAL CLOUD NINE, L.L.C.; AND**
**LATROBE'S ON ROYAL, L.L.C.**